14573

BETHEA v. HOME FURNITURE CO.

(194 S. E., 10)

*Messrs. McEachin & Townsend,* for appellant, cite:

*Messrs. Joe P. Lane* and *H. M. Britt,* for respondent,

November 27, 1937.

The opinion of the Court was delivered by MR. JUSTICE FISHBURNE.

The order of his Honor, Judge E. C. Dennis, correctly disposes of the questions involved in this case. We adopt it as the opinion of this Court. Let it be reported.

The exceptions are overruled, and the appeal dismissed.

Judgment affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES BONHAM and BAKER concur.

MR. JUSTICE CARTER did not participate on account of illness.